Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANGKOK BROADCASTING & T.V. CO., LTD., a Thailand corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETPAGE, INC., a California corporation, PIERRE CHARBAT, an individual, TIP PETCHA, an individual, and Does 1-5,<br><br>Defendants. | **Case No. 2:10-cv-07475-RGK-FFM**<br><br>**[PROPOSED] ORDER LIFTING STAY AND DISMISSING COMPLAINT WITHOUT PREJUDICE** |

The Court having considered Plaintiff Bangkok Broadcasting & T.V. Co., Ltd.'s ("Plaintiff's") Response [Doc. No. 13] to the Court's Order to Show Cause re Dismissal re Lack of Prosecution [Doc. No. 11] and Plaintiff's Notice of Dismissal of Complaint without Prejudice Pursuant to FRCP 41(a)(1) and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the stay imposed by the Court as to defendant Tip T. Petcha by virtue of her bankruptcy case [*see* Doc. No. 12] is lifted; and

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Plaintiff's complaint is dismissed as to all defendants without prejudice.

**IT IS SO ORDERED.**

Dated: June 08, 2011

*[signature: Gary Klausner]*
United States District Judge